# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| G52 | E 1539999 | Ashley | A2952 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 10/22/2023  1526 | OCGA 40-6-181 |

Place of Offense: GA Hwy 144 E mm 9

Offense Description: Factual Basis for Charge: Speed 56/40 MPH zone

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: COPE
First Name: Ashley
MI: S

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| CQC3297 | GA | 19 | Toyota/Icon | | Gray |

APPEARANCE IS REQUIRED — A ☐ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL — B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 125 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ 155 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Federal District Courthouse
52 North Main Street
Statesboro, GA 30458

Date: 8 Jan 24
Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*E1539999*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 22 Oct, 20 23 while exercising my duties as a law enforcement officer in the Southern District of Georgia

At approximately 1526 hrs, while running RADAR, I observed the reverse listed vehicle traveling on GA Hwy 144 E mm 9, at what appeared to be a high rate of speed. After proper visual and audio tracking I verified speed by RADAR as 56 MPH in a posted 40 MPH zone. On first approach I identified myself and asked for the individuals driver license. The driver was cooperative. A check of RADAR accuracy was offered but denied. A check of GCIC came back with valid registration, valid insurance, and valid license. Road conditions were green.

CIV

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/22/2023   [signed]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 10/30/2023 12:10
CVB SCAN 10/30/2023 12:10